

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00196-CV

**IN THE GUARDIANSHIP OF** James E. **FAIRLEY**

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2011-PC-1068
Honorable Polly Jackson Spencer, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order denying appellant's motion to dismiss pursuant to the TCPA is AFFIRMED. Appellees' motion to dismiss frivolous appeal with sanctions is DENIED. Costs of appeal are taxed against Appellant Juliette Fairley.

SIGNED March 11, 2020.

_____
Liza A. Rodriguez, Justice